IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

GEORGE DANIEL LUSTER JR.,

    Plaintiff,

v.                                            2:25-CV-196-Z-BR

CHELSEA MURSKI, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case for failure to prosecute or comply with the federal rules or any court order under Federal Rule of Civil Procedure 41(b).

On September 2, 2025, the Magistrate Judge filed a Notice of Deficiency instructing Plaintiff to "submit a properly completed *In Forma Pauperis* Data Sheet" within thirty days of the date of the Notice. ECF No. 9 at 2. The Data Sheet "must be certified as to accuracy and signed by an authorized official of the institution." *Id.* Plaintiff was warned that failure to comply "may result in dismissal of Plaintiff's Complaint without further notice." *Id.* However, Plaintiff neither complied with the Deficiency Order nor otherwise contacted the Court about his case within thirty days. Accordingly, the Magistrate recommended dismissal with prejudice under Rule 41(b) "unless he fully complies with the Deficiency Order before the deadline for filing objections to th[e] FCR." ECF No. 10 at 2.

Nearly 30 days after the Magistrate's FCR, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* ("Motion") (ECF No. 11) and an Objection to the FCR (ECF No. 12). However, Plaintiff's Motion and Objection were not filed within the required

fourteen-day objection period, and the Motion fails to contain a properly completed Data Sheet. Thus, Plaintiff has failed to comply with a court order.

Accordingly, after making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. ECF No. 10. It is therefore **ORDERED** that Plaintiff's Motion is **DENIED**, the FCR of the Magistrate Judge is **ADOPTED**, and this case is hereby **DISMISSED without prejudice.**

**SO ORDERED.**

November 19, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE